IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| In re: | * | |
| WILLIAM H. ARNOLD, | * | Case No. 93-5-5035-JS |
| | | (Chapter 7) |
| Debtor. | * | |
| * * * * * * * | | |
| ALLAN J. CULVER, JR., | * | |
| Appellant | * | |
| v. | * | Case No. 03-CV-00476-AMD |
| TERRY L. MUSIKA, CHAPTER 7 TRUSTEE, | * | |
| | * | |
| Appellee. | * | |
| * * * * * * * * * * * * | | |

**MOTION TO DISMISS APPEAL OF ALLAN J. CULVER, JR.
REGARDING FEE APPLICATION ORDER AND DISTRIBUTION ORDER**

Pursuant to Federal Rules of Bankruptcy Procedure 8001, 8002, and 8011, Terry L. Musika, the Chapter 7 Trustee and Appellee herein, by and through his undersigned counsel, hereby files this motion to dismiss this appeal filed by Allan J. Culver, Jr. ("Culver") because the Bankruptcy Court did not authorize Culver's employment in this bankruptcy case and Culver lacks standing to pursue this appeal.  In

further support of the Trustee's motion to dismiss, the memorandum filed simultaneously herewith is adopted and incorporated by reference herein.

Dated: March 5, 2003.                              /s/ Darek S. Bushnaq
                                                                            Richard L. Wasserman
                                                                            Federal Bar No. 02784
                                                                            Darek S. Bushnaq
                                                                            Federal Bar No. 25827
                                                                            Venable, Baetjer and Howard, LLP
                                                                            1800 Mercantile Bank & Trust Building
                                                                            2 Hopkins Plaza
                                                                            Baltimore, Maryland 21201
                                                                            (410) 244-7400

                                                                            Attorneys for Terry L. Musika,
                                                                            Chapter 7 Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2003, a copy of the foregoing Motion to Dismiss Appeal of Allan J. Culver, Jr. Regarding Fee Application Order and Distribution Order, together with a copy of a proposed Order thereon and the Memorandum in Support of Motion to Dismiss Appeal of Allan J. Culver, Jr. Regarding Fee Application Order and Distribution Order, was mailed, first class, postage prepaid to:

> Allan J. Culver, Jr.
> P.O. Box 531
> Bel Air, Maryland 21014
>
> Bill Arnold
> P.R. of the Estate of William Arnold
> 1512 Heather Hollow Court, Apartment 22
> Silver Spring, Maryland 20904
>
> Edmund A. Goldberg, Esquire
> Office of the United States Trustee
> 300 West Pratt Street, Suite 350
> Baltimore, Maryland 21201
>
> Allan J. Culver, Jr.
> 429 S. Main Street
> Bel Air, Maryland 21014
>
> William H. Arnold
> 2589 Ambling Circle
> Crofton, Maryland 21114
>
> William H. Arnold
> Maryland Real Estate Network
> P.O. Box 4422
> Crofton, Maryland 21114

> /s/ Darek S. Bushnaq
> Darek S. Bushnaq

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| In re: | * | |
| WILLIAM H. ARNOLD, | * | Case No. 93-5-5035-JS |
| Debtor. | * | (Chapter 7) |
| * * * * * * * | | |
| ALLAN J. CULVER, JR., | * | |
| Appellant | * | |
| v. | * | Case No. 03-CV-00476-AMD |
| TERRY L. MUSIKA, CHAPTER 7 TRUSTEE, | * | |
| | * | |
| Appellee. | * | |
| * * * * * * * * * * * * | | |

**ORDER GRANTING MOTION TO DISMISS APPEAL OF ALLAN J. CULVER, JR. REGARDING FEE APPLICATION ORDER AND DISTRIBUTION ORDER**

Upon consideration of the Motion to Dismiss Appeal of Allan J. Culver, Jr. Regarding Fee Application Order and Distribution Order (the "Motion") filed by Terry L. Musika, the Chapter 7 Trustee and Appellee herein, and any responses thereto, it appearing that the relief requested in the Motion should be granted, it is this \_\_\_\_ day of _____, 2003, by the United States District Court for the District of Maryland, sitting at Baltimore,

ORDERED, that the Motion should be, and it hereby is, GRANTED; and it is further,

ORDERED, that the above-captioned appeal filed by Allan J. Culver, Jr. ("Culver"), case no. 03-CV-00476-AMD, regarding the Bankruptcy Court's Orders denying (i) Culver's Application for Allowance of Counsel Fees Pursuant to § 330(a) or in the Alternative as an Unsecured Claim and (ii) his Objection of Allan J. Culver to Supplemental Final Report and Account of Trustee and Proposed Distribution should be, and it hereby is, DISMISSED.

_____
United States District Judge

cc:  Richard L. Wasserman, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

Terry L. Musika, Chapter 7 Trustee
Penta Advisory Services
2 North Charles Street, Suite 400
Baltimore, Maryland 21201

Allan J. Culver, Jr.
P.O. Box 531
Bel Air, Maryland 21014

Bill Arnold
P.R. of the Estate of William Arnold
1512 Heather Hollow Court, Apartment 22
Silver Spring, Maryland 20904

Edmund A. Goldberg, Esquire
Office of the United States Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Allan J. Culver, Jr.
429 S. Main Street
Bel Air, Maryland 21014

William H. Arnold
2589 Ambling Circle
Crofton, Maryland 21114

William H. Arnold
Maryland Real Estate Network
P.O. Box 4422
Crofton, Maryland 21114