# EXHIBIT 1

BA3/235840

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

ENTERED

DEC 2 1 2002

U.S. ... ....OURT
DISTRICT OF MARYLAND
BALTIMORE

In re:                                    *

WILLIAM H. ARNOLD,                        *        Case No. 93-5-5035-JS
                                                   (Chapter 7)
        Debtor.                           *

*    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER DENYING APPLICATION OF ALLAN J. CULVER
### FOR ALLOWANCE OF COUNSEL FEES OR UNSECURED CLAIM

Upon consideration of the Application for Allowance of Counsel Fees

Pursuant to § 330(a) or in the Alternative as an Unsecured Claim (the "Fee Application")

filed by Allan Culver, the opposition thereto of Terry Musika, the Chapter 7 Trustee

("Trustee"), and the other pleadings and papers of record herein, and for good cause, it is

this 30ᵗʰ day of Dec. , 2002 by the United States Bankruptcy Court for

the District of Maryland, sitting at Baltimore,

ORDERED, that the Fee Application should be, and it hereby is,

DENIED.

_James F. Schneider_
JAMES F. SCHNEIDER
Chief United States Bankruptcy Judge

cc:    Richard L. Wasserman, Esquire
       Venable, Baetjer and Howard, LLP
       1800 Mercantile Bank & Trust Building
       2 Hopkins Plaza
       Baltimore, Maryland 21201



080530