# EXHIBIT 2

BA3/235841

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:                            *

Arnold, William nmn,              *

                                  *      Case No. 93-5-5035-JS
                                         Chapter 7

        Debtor                    *

*   *   *   *   *   *   *   *   *   *   *      *    *

ORDER APPROVING SUPPLEMENTAL FINAL
REPORT AND PROPOSED DISTRIBUTION

**ENTERED**

DEC 3 1 2002

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

The Trustee, Terry L. Musika, having filed his/her supplemental final report and

proposed distribution to creditors, notice and an opportunity for hearing having been given to all

creditors and other parties-in-interest, no objections nor request for a hearing having been filed

within the time fixed by the Court, and the Court having thereafter duly examined and

considered the proposed distribution and no hearing being necessary under the circumstances; it

is therefore,

ORDERED:

    1.    The supplemental final report and proposed distribution to creditors are hereby

          approved and the Trustee is directed to make payment in accordance with said

          Proposed Distribution.

The Clerk shall forward a copy of this Order to the Debtors, Debtors' Attorney, the Trustee and

the United States Trustee.

    *2. The objection of Allan J. Culver, Esq., is hereby OVERRULED.*

Date: *December 30, 2002*    *James T. Schneider*
                              Judge
                              U.S. Bankruptcy Court for the District of Maryland

273 JTC

cc:

Office of the U.S. Trustee
300 W. Pratt St.
Suite 375
Baltimore, MD 21201

Terry L. Musika, Chapter 7 Trustee
2 North Charles St.
Baltimore, MD 21201

Allan J. Culver, Jr., Esquire
P.O. Box 531
Bel Air Maryland 21014

William H. Arnold
c/o James Arnold, PR
7739 Jodi Lynn Drive
Tampa, FL 33615

12/19/2002 13:34 FAX 001 344 0040        US DC CLERKS OFC                    ᠒002



ALEXANDER L. CUMMINGS
CLERK

# Court of Appeals

## of Maryland

### Robert T. Murphy Courts of Appeal Building

### 361 Rowe Boulevard

### Annapolis, MD 21401-1699

BESSIE M. DECKE
CHIEF DEPUTY

VIRGINIA A. BUSH
JOANNE T. DREWR
LISA R. ZINKAND
CAROL A. HOLT
DEPUTIES

410-260-1500
1-800-926-2583

**N O T I C E**

November 11, 2002

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Opinion and Order of this Court dated October 10, 2002

*Stricken -*
*Place in file*

**ALLAN JAMES CULVER, JR.**

P.O. Box 531
Bel Air, Md. 21014

has been indefinitely suspended, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-713).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this eleventh, day November, 2002.

_____
Clerk
Court of Appeals of Maryland

TTY FOR THE DEAF: 410-260-1554