# EXHIBIT 3

BA3/235843

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:

WILLIAM H. ARNOLD     Case No. 93-5-5035-JS

Debtor     Chapter 7

* * * * * * * *

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon consideration of the Application for Order Authorizing Appointment of Counsel Nunc Pro Tunc, due notice having been given, no objections having been filed, and due consideration having been given thereof, and it appearing that the grant of the requested relief is necessary to correct a potentially inequitable result, it is it is this ____ day of _____, 2002, by the United States Bankruptcy Court for the District of Maryland, sitting in Baltimore,

ORDERED that the Application Authorizing the Appointment of Allan J. Culver, Jr., as attorney for the Debtor in Possession while this case was proceeding in Chapter 11 is approved.

/ / / / /
JAMES F. SCHNEIDER
Chief United States Bankruptcy Judge

*Denied 1/17/03*
*JFSchneider,*
*USBJ*

cc: Chapter 7 Trustee
     Office of U.S. Trustee
     James Haupt III, Esquire



278.279