# EXHIBIT 4

BA3/235837

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

WILLIAM H. ARNOLD                   *         Case No. 93-5-5035-JS

Debtor                              *         Chapter 7

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*

### NOTICE OF APPEAL PURSUANT TO
### 28 U.S.C. SECTION 158

TO THE CLERK:

Please note that Allan J. Culver, here appeals, pursuant to 28 U.S.C. Section 158, to the United States District Court for the District of Maryland. This appeal is noted from the decisions of the Court, the Honorable James F. Schneider entered herein on December 31, 2002 approving supplemental final report and proposed distribution and order denying application of Allan J. Culver for allowance of counsel fees or as an unsecured claim.

Respectfully submitted,

_____
ALLAN J. CULVER, JR.
429 S. Main Street
Bel Air, MD 21014
(410) 879-5105
Pro Se