# EXHIBIT 7

BA3/235836

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

WILLIAM H. ARNOLD                   *        Case No. 93-5-5035-JS

Debtor                              *        Chapter 7

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEBTOR'S DESIGNATION OF THE RECORD
AND STATEMENT OF ISSUES
ON APPEAL PURSUANT TO RULE 8006**

Allan J. Culver, Jr., appellant, proceeding Pro Se, having filed a notice of appeal on January 10, 2003 from a final order(s) of the bankruptcy court, dated December 31, 2002, designates the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal:

*Designation of Contents of Record*

1. Application by Allan J. Culver for Compensation Pursuant to § 330(a) or in the Alternative as an Unsecured Claim (Document #276)

2. Application by Allan J. Culver to Employ Counsel Nunc Pro Tunc (Document #278)

3. Docket Entries from In Re William Arnold, Case No. 93-5-5035-JS

4. Docket Entries from WHA Associates Limited Partnership, Case No. 94-5-5737-JS

*Issue Presented*

1. Did the bankruptcy judge err in denying the application of Allan J. Culver for compensation pursuant to 11 U.S.C. § 330(a) or, in the alternative as an unsecured claim.

Respectfully submitted,

/s/ Allan J. Culver

**ALLAN J. CULVER, JR., Pro Se**
P.O. Box 531
Bel Air, MD 21014
(410) 879-5105

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2003, a copy of the **DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF ISSUES PURSUANT TO RULE 8006** was mailed, first class, postage prepaid, and sent to:

Office U.S. Trustee
300 West Pratt St.
#350
Baltimore, Md. 21201

Terry Musika, Trustee
2 North Charles St., ste. 400
Baltimore, Md. 21201

Richard Wasserman, VBH LLP
1800 Mercantile Bank & Trust
2 Hopkins Plaza
Baltimore, Md. 21201

_____
ALLAN J. CULVER, JR.