# EXHIBIT 1

Case 1:03-cv-00476-AMD    Document 4-2    Filed 03/06/2003    Page 1 of 2

BA3/235840

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

ENTERED
DEC 3 1 2002
U.S. ... COURT
DISTRICT OF MARYLAND
BALTIMORE

In re:  *

WILLIAM H. ARNOLD,  *  Case No. 93-5-5035-JS
                        (Chapter 7)
Debtor.  *

*   *   *   *   *   *   *   *   *   *   *   *

### ORDER DENYING APPLICATION OF ALLAN J. CULVER FOR ALLOWANCE OF COUNSEL FEES OR UNSECURED CLAIM

Upon consideration of the Application for Allowance of Counsel Fees Pursuant to § 330(a) or in the Alternative as an Unsecured Claim (the "Fee Application") filed by Allan Culver, the opposition thereto of Terry Musika, the Chapter 7 Trustee ("Trustee"), and the other pleadings and papers of record herein, and for good cause, it is this 30th day of Dec., 2002 by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

ORDERED, that the Fee Application should be, and it hereby is,

DENIED.

*James F. Schneider*
JAMES F. SCHNEIDER
Chief United States Bankruptcy Judge

cc: Richard L. Wasserman, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201



080530