# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| Arnold, William nmn, | * | Case No. 93-5-5035-JS |
| | * | Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * *

**ORDER APPROVING SUPPLEMENTAL FINAL
REPORT AND PROPOSED DISTRIBUTION**

ENTERED
DEC 31 2002
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

The Trustee, Terry L. Musika, having filed his/her supplemental final report and proposed distribution to creditors, notice and an opportunity for hearing having been given to all creditors and other parties-in-interest, no objections nor request for a hearing having been filed within the time fixed by the Court, and the Court having thereafter duly examined and considered the proposed distribution and no hearing being necessary under the circumstances; it is therefore,

ORDERED:

1. The supplemental final report and proposed distribution to creditors are hereby approved and the Trustee is directed to make payment in accordance with said Proposed Distribution.

The Clerk shall forward a copy of this Order to the Debtors, Debtors' Attorney, the Trustee and the United States Trustee.

2. The objection of Allan J. Culver, Esq., is hereby OVERRULED.

Date: December 30, 2002   James F. Schneider
                          Judge
U.S. Bankruptcy Court for the District of Maryland



\\BALTFS01\VOL1\COMMON\ARNOLD\Supplemental TFR\TFRORDER Supplemental.doc

273 JTC

cc:

m  Office of the U.S. Trustee
300 W. Pratt St.
Suite 375
Baltimore, MD  21201

19  Terry L. Musika, Chapter 7 Trustee
2 North Charles St.
Baltimore, MD  21201

6  Allan J. Culver, Jr., Esquire
P.O. Box 531
Bel Air Maryland 21014

14  William H. Arnold
c/o James Arnold, PR
7739 Jodi Lynn Drive
Tampa, FL 33615

# Court of Appeals

## of Maryland
### Robert T. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, MD 21401-1699



ALEXANDER L. CUMMINGS
CLERK

BESSIE M. DECKE
CHIEF DEPUTY

VIRGINIA A. BUSH
JOANNE T. DREWS
LISA R. ZINKAND
CAROL A. HOLT
DEPUTIES

410-260-1500
1-800-926-2583

# N O T I C E

November 11, 2002

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Opinion and Order of this Court dated October 10, 2002

*Stricken - Place in file*

ALLAN JAMES CULVER, JR.

P.O. Box 531
Bel Air, Md. 21014

has been indefinitely suspended, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-713).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this eleventh, day November, 2002.

*[signature]*
Clerk
Court of Appeals of Maryland

TTY FOR THE DEAF: 410-260-1554