# EXHIBIT 5

BA3/235844

</blockquote>

Sent by:     410 454 6801;     02/11/03 2:22PM; JetFax_#290;Page 4/4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| WILLIAM H. ARNOLD | *  Case No. 93-5-5035-JS |
| Debtor | *  Chapter 7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL PURSUANT TO
### 28 U.S.C. SECTION 158

TO THE CLERK:

Please note that Allan J. Culver, here appeals, pursuant to 28 U.S.C. Section 158, to the United States District Court for the District of Maryland. This appeal is noted from the decision of the Court, the Honorable James F. Schneider entered herein on January 17, 2003 denying the Application to Authorize Employment of Counsel Nunc Pro Tunc.

Respectfully submitted,

ALLAN J. CULVER, JR.
429 S. Main Street
Bel Air, MD 21014
(410) 879-5105
Pro Se

FILED
FEB - 3 2003
U.S. CLERK'S OFFICE
BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE



Sent by: 410 454 6801; 02/11/03 2:22PM; JetFax #290; Page 2/4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:

WILLIAM H. ARNOLD          *       Case No. 93-5-5035-JS

     Debtor                       *       Chapter 7

\*\*\*\*\*\*\*\*

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon consideration of the Application for Order Authorizing Appointment of Counsel Nunc Pro Tunc, due notice having been given, no objections having been filed, and due consideration having been given thereof, and it appearing that the grant of the requested relief is necessary to correct a potentially inequitable result, it is it is this ____ day of _____, 2002, by the United States Bankruptcy Court for the District of Maryland, sitting in Baltimore,

ORDERED that the Application Authorizing the Appointment of Allan J. Culver, Jr., as attorney for the Debtor in Possession while this case was proceeding in Chapter 11 is approved.

/ / / / /
JAMES F. SCHNEIDER
Chief United States Bankruptcy Judge

*Denied 1/17/03*
*JFSchneider,*
*USBJ*

cc: Chapter 7 Trustee
     Office of U.S. Trustee
     James Haupt III, Esquire



278, 279