**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **IN RE:** * | | Civil No. AMD 03-476 |
| **WILLIAM H. ARNOLD** | | |
| Debtor * | | Appeal from Bankruptcy |
| | | Case No. 93-5-5035-JFS |
| **ALLAN J. CULVER, JR.** * | | |
| Appellant | | |
| * | | |
| v. | | |
| * | | |
| **TERRY L. MUSIKA** | | |
| **CHAPTER 7 TRUSTEE** * | | |
| Appellee * | | |
| **WILLIAM H. ARNOLD** * | | Civil No.: AMD 03-588 |
| Debtor | | |
| * | | |
| **ALLAN J. CULVER, JR.** | | |
| Appellant * | | |
| v. * | | Appeal from Bankruptcy |
| | | Case No. 93-5-5035-JFS |
| **TERRY L. MUSIKA** * | | |
| **CHAPTER 7 TRUSTEE** | | |
| * | | |
| Appellee | | |

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES**

Allan J. Culver, Jr., appellant, proceeding Pro Se, designates the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal:

*Designation of Contents of Record*

1. Memorandum signed by Judge Andre M. Davis on 5/27/03. [p. 11]

2. Order affirming the orders of the bankruptcy court in AMD-03-476 [p. 12]

*Issue Presented*

1. Whether the court erred as a matter of law in finding the unsecured claim of Allan J. Culver was barred contrary to the 11 U.S.C. 726(a)(3)

                                                 Respectfully submitted,

                                                 _____
                                                 ALLAN J. CULVER, JR., Pro Se
                                                 P.O. Box 531
                                                 Bel Air,. MD 21014
                                                 (410) 879-5105